1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister, Jr., Esq., SBN 111282
   Mark Potter, Esq., SBN 166317
3  Phyl Grace, Esq., SBN 171771
   Dennis Price, SBN 279082
4  Mail: PO Box 262490
   San Diego, CA 92196-2490
5  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
6  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
7  Attorneys for Plaintiff

8  KATHLEEN E. FINNERTY (SBN: 157638)
   KFinn@KFinnertyLaw.com
9  FINNERTY LAW OFFICES INC.
   1430 Blue Oaks Blvd., Suite 250
10 Roseville, California 95747
   Telephone: (916)415-7070
11 Facsimile: (555)555-5555
   Attorney for Defendant
12 DGE Investment Co.

13
   ROBERT OUSHALEM (SBN: 92283)
14 oushlaw@gmail.com
   333 West Santa Clara Street, Suite 930
15 San Jose, CA 95113
   Telephone: (408) 297-0700
16 Facsimile: (408) 297-7788
   Attorney for Defendants
17 Joseph S. Guerra, Michael V. Guerra and
   Jing Fu Chen
18

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
September 19, 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH S. GUERRA;<br>MICHAEL V. GUERRA;<br>JING FU CHEN;<br>DGE INVESTMENT CO., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 4:16-CV-02804-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 16, 2016     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: September 16, 2016     FINNERTY LAW OFFICES INC.

By: /s/ Kathleen E. Finnerty
    Kathleen E. Finnerty
    Attorney for Defendant
    DGE Investment Co.

Dated: September 16, 2016

By: /s/ Robert Oushalem
    Robert Oushalem
    Attorney for Defendants
    Joseph S. Guerra, Michael V. Guerra
    and Jing Fu Chen